**DISMISS; and Opinion Filed February 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01458-CV

**LARRY WILLIAMS, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05334-D**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Before the Court is appellee's motion to dismiss this appeal. Appellee contends the appeal should be dismissed as moot. Appellant did not file a response to appellee's motion.

A case becomes moot if, at any stage during the proceedings, a controversy ceases to exist between the parties. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001). The purpose of a forcible detainer action is to obtain immediate possession of property. *See Scott v. Hewitt*, 127 Tex. 31, 35, 90 S.W.2d 816, 818-19 (1936). A judgment of possession in a forcible detainer action determines the right to immediate possession and is not intended to be a final determination of whether the eviction is wrongful. *See Marshall v. Housing Auth. of the City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).

In its motion to dismiss, appellee has informed the Court that a writ of possession has been issued and it now has possession of the property. Because the issue of possession is no longer in controversy, this appeal is moot. Accordingly we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

131458F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY WILLIAMS, Appellant

No. 05-13-01458-CV     V.

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS INDENTURE TRUSTEE
FOR NEW CENTURY HOME EQUITY
LOAN TRUST 2005-2, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-13-05334-D.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2, recover its costs of this appeal from appellant, LARRY WILLIAMS.

Judgment entered this 24th day of February, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

–3–